■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE GARCIA, Appellant. [42 NYS3d 809]—Order, Supreme Court, New York County (Roger S. Hayes, J.), entered on August 27, 2014, which denied defendant's petition to modify his sex offender classification, unanimously affirmed.

Defendant failed to meet his burden under Correction Law § 168-o of presenting clear and convincing evidence that a downward modification of his risk level is warranted (*see People v Torres*, 120 AD3d 1126 [1st Dept 2014], *lv denied* 24 NY3d 911 [2014]). The factors cited by defendant are outweighed by the seriousness of the underlying sex crime against a child, defendant's continuing unlawful conduct after being released from prison on that conviction, and his failure to accept responsibility. Concur—Mazzarelli, J.P., Sweeny, Richter, Manzanet-Daniels and Feinman, JJ.